# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Vicki Nicole Lindsey, as Personal Representative of the Estate of Dustin Ray Payne, and Melissa Hopkins and Scottie Payne, as surviving parents of Dustin Ray Payne,<br><br>        Plaintiffs,<br><br>  vs.<br><br>C&J Well Services, Inc.; C&J Well Services, Inc. d/b/a C&J Energy Services, Inc.; Nabors Completion & Production Services Co.; Superior Well Services, Inc.; Nabors Drilling Technologies USA, Inc.; Nabors Drilling USA, LP; Nabors Corporate Services, Inc.; Nabors Industries, Inc.; and John Doe I,<br><br>        Defendants. | **ORDER**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 1:16-cv-019 |

On August 15, 2016, Defendants C&J Energy Services, Inc. and C&J Well Services, Inc. filed a "Suggestion of Bankruptcy" along with copies of the voluntary petitions they filed pursuant to Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Texas. On August 19, 2016, the court held a status conference with the parties by telephone. Pursuant to the parties' discussions, the court issued an order on August 22, 2016, staying the above-entitled action.

On December 8, 2016, plaintiffs filed notice of an order issued by the United States Bankruptcy Court for the District of Texas that modified the automatic stay in C&J Energy Services, Inc. and C&J Well Services, Inc. bankruptcy to permit plaintiffs to proceed with the above-captioned action. Accordingly, the court lifts the stay in the above-entitled action. The court shall

1

conduct a status conference with the parties by telephone on June 12, 2017, at 1:30 p.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 6th day of June, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court