# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Vicki Nicole Lindsey, as Personal Representative of the Estate of Dustin Ray Payne, and Melissa Hopkins and Scottie Payne, as surviving parents of Dustin Ray Payne,<br><br>      Plaintiffs,<br><br>vs.<br><br>C&J Well Services, Inc.; C&J Well Services, Inc. d/b/a C&J Energy Services, Inc.; Nabors Completion & Production Services Co.; Superior Well Services, Inc.; Nabors Drilling Technologies USA, Inc.; Nabors Drilling USA, LP; Nabors Corporate Services, Inc.; Nabors Industries, Inc.; and John Doe I,<br><br>      Defendants. | **ORDER**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 1:16-cv-019 |

The court held a status conference with the parties on June 12, 2017. Pursuant to its discussions with the parties, the court **ORDERS**:

(1) plaintiffs shall have until August 22, 2017, to file a response to defendants' motion to compel arbitration; and

(2) defendants shall have until September 22, 2017, to file a reply in support of its motion to compel arbitration.

The court further orders that the parties shall have until December 1, 2018, to file dispositive motions and shall submit a revised scheduling plan for the court's consideration. Finally, the court **ORDERS** that the jury trial before Chief Judge Hovland shall be rescheduled for April 29, 2019, at 1:30 p.m. at the United States Courthouse in Bismarck, North Dakota. A five (5) day trial is

1

anticipated.  A final pretrial conference before the undersigned shall be rescheduled for April 15, 2019, at 2:00 p.m. by telephone.  The court shall initiate the conference call.

Dated this 12th day of June, 2017.

*/s/ Charles S.  Miller, Jr.*
Charles S.  Miller, Jr., Magistrate Judge
United States District Court
