# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Vikki Nicole Lindsey, as Personal Representative of the Estate of Dustin Ray Payne, and Melissa Hopkins and Scottie Payne, as surviving parents of Dustin Ray Payne,<br><br>      Plaintiffs,<br><br>vs.<br><br>C&J Well Services, Inc.; C&J Well Services, Inc. d/b/a C&J Energy Services; C&J Energy Services, Inc.; Nabors Completion & Production Services Co.; Superior Well Services, Inc.; Nabors Drilling Technologies USA, Inc.; Nabors Drilling USA, LP; NaborsCorporate Services, Inc.; Nabors Industries, Inc.; and John Doe I,<br><br>      Defendants. | **ORDER**<br><br><br><br><br><br><br><br><br><br><br><br>Case No.: 1:16-cv-019 |

The court shall hold a status conference with the parties by telephone on October 11, 2019, at 10:00 a.m. CDT. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 8th day of October, 2019.

                                                   */s/ Clare R. Hochhalter*
                                                   Clare R. Hochhalter, Magistrate Judge
                                                   United States District Court